United States District Court

Eastern District of California

Dai Nguyen,

    Plaintiff,                    No. Civ. S 03-2635 FCD PAN P

  vs.                            Order

Sacramento County, et al.,

    Defendants.

-oOo-

    Plaintiff is a state prisoner without counsel seeking to commence a civil rights action.

    The May 31, 2005, second amended complaint states cognizable claim for relief against defendants Sacramento County, Blanas and Sacramento Health Department pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).

    Accordingly, the court hereby orders that:

    1.  Service of process is appropriate upon defendants Sacramento County, Blanas and Sacramento Health Department.

1    2.  The Clerk of the Court shall send plaintiff three USM-285 forms, one summons, an instruction sheet and one copy of the May 31, 2005, pleading.

    3.  Within 30 days plaintiff shall complete the attached Notice of Submission of Documents and submit it to the court with the completed summons and USM-285 forms and four copies of the May 31, 2005, pleading.

    4.  Upon receipt of the necessary materials, the court will direct the United States Marshal to serve defendants Sacramento County, Blanas and Sacramento Health Department pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

    Dated:  June 16, 2005.

                            /s/ Peter A. Nowinski
                            PETER A. NOWINSKI
                            Magistrate Judge

```
                      United States District Court
                      Eastern District of California
```

| | | |
|---|---|---|
| Dai Nguyen, | | |
| | Plaintiff, | No. Civ. S 03-2635 FCD PAN P |
| vs. | | Notice of Submission of Documents |
| Sacramento County, et al., | | |
| | Defendants. | |

-oOo-

Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    \_\_\_\_ completed summons form

    \_\_\_\_ completed forms USM-285

    \_\_\_\_ copies of the _____
                     Second Amended Complaint

Dated: _____

                                  _____
                                  Plaintiff