IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAI NGUYEN,

       Plaintiff,                   No. CIV S-03-2635 FCD PAN P

   vs.

SACRAMENTO COUNTY, et al.,

       Defendants.          ORDER

_____/

       Defendants have requested an extension of time to file and serve objections to the June 6, 2006 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

       1. Defendants' June 30, 2006 request for an extension of time is granted; and

       2. Defendants are granted twenty days from the date of this order in which to file and serve objections to the June 6, 2006 findings and recommendations.

DATED: July 17, 2006.

                                                /s/
                                  UNITED STATES MAGISTRATE JUDGE

12/mp
nguy2635.36