IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAI NGUYEN,

    Plaintiff,                    No. CIV S-03-2635 FCD PAN P

    vs.

SACRAMENTO COUNTY, et al.,

    Defendants.          <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On June 6, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.  By order filed July 18, 2006, defendants were given an additional period of twenty days to file objections.  That additional period of time has expired, and neither party has filed objections to the findings and recommendations.

/////

/////

1

1  The court has reviewed the file and finds the findings and recommendations to be
2  supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY
3  ORDERED that:
4  1. The findings and recommendations filed June 6, 2006 are adopted in full; and
5  2. Defendants' December 19, 2005 motion to dismiss this action for lack of
6  jurisdiction and as time-barred is denied;
7  3. This action is stayed pending final disposition of the action filed by plaintiff in
8  state court raising two of the five claims raised in this action;
9  4. Not later than twenty days after final resolution of said state court action the
10 parties shall file a motion to lift the stay of this action; and
11 5. The Clerk of the Court shall administratively close this action until further
12 order of court.
13 DATED: August 10, 2006

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL JR.
United States District Judge